IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:<br>Nella Carhart<br><br>　　　　Debtor | :<br>:<br>:<br>:<br>: | Bankruptcy No. 22-12751-pmm<br>Chapter 7 |
| Nella Carhart<br><br>　　　　Plaintiff<br><br>v.<br><br>Nelnet, The United States Department of Education<br><br>　　　　Defendant | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Adv. Proceeding No.<br>23-00003-pmm |

## STIPULATION RESOLVING ADVERSARY PROCEEDING

Plaintiff, Nella Carhart, (Debtor) and the United States Department of Education (ED), by and through undersigned counsel, hereby stipulate and agree, subject to Court approval, that:

1) On January 15, 2023, the plaintiff filed an adversary complaint against the United States alleging that she qualifies for a hardship discharge of her federal student loans pursuant to 11 U.S.C 523(a)(8);

2) Subsequently, the plaintiff responded to a request from the United States and submitted information to the United States in support of her claim for a hardship discharge of her federal student loans;

3) The United States, after review of the submitted information agrees, subject to final Court approval, that plaintiff qualifies for discharge of her federal student loans.

The parties submit this stipulation to the Court, that the Court determine the plaintiff has met her burden un 11 U.S.C. 523(a)(8) and that her federal student loan is discharged.

Respectfully submitted,

| | |
|---|---|
| /s/ Kevin Kercher | /s/ Anthony St. Joseph |
| Kevin K. Kercher, Esquire | Anthony St. Joseph |
| The Fullerton Building, Ste. C-2 | Assistant United States Attorney |
| 881 Third Street | 615 Chestnut Street, Suite 1250 |
| Whitehall, PA 18052 | Philadelphia, PA 19106 |
| *Counsel for the Debtor* | *Counsel for ED* |

Approved By the Court:

_____
HONORABLE PATRICIA M. MAYER
*Judge, United States Bankruptcy Court*

DATED: _____